IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00325-WYD-PAC

GAILEN MINNE,
BRENDA MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE, et al,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 13, 2005

    Upon review of the motions, plaintiffs' untimely response to the motion for more definite statement, and the tendered Third Amended Complaint, IT IS HEREBY

    **ORDERED** that, due to the liberal interpretation of Rule 15(a), Fed. R. Civ. P. and the fact that this case is early in discovery, it is hereby

    **ORDERED** that Plaintiffs' Unopposed Motion to Make Scrivners [sic] Corrections to Second Amended Complaint [filed June 22, 2005] is **granted**. The Clerk is directed to date stamp and file the tendered Third Amended Complaint on **July 14, 2005**. It is further

    **ORDERED** that defendants' answers or other responses to the Third Amended Complaint are to be filed no later than **July 31, 2005**. It is further

    **ORDERED** that Defendants Jerry Brenner, Sean Brenner, and Dennis Ridder's Motion for More Definite Statement [filed May 10, 2005] is **denied** as mooted by the court's order accepting the Third Amended Complaint. It is further

    **ORDERED** that plaintiffs' counsel shall obtain a copy of and follow the District of Colorado Local Rules of Practice, and particularly Rule 7.1.A.