IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
NOEL WINFREY;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GARY MULCH;
GREG PENNY;
SEAN BRENNER;
STAN EHRLICH;
DENNIS RIDDER;
JOHN VAVRA;
LARRY VAVRA;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendants Jerry Brenner, Sean Brenner, and Dennis Ridder's Motion to Dismiss Plaintiffs' Eighth and Ninth Claims for Relief and Supporting Brief, filed August 11, 2005.  Attached to the Supporting Brief are four exhibits which I find constitute matters outside the pleadings.  Pursuant to the Federal

Rules, if a court does not exclude the matters presented that are outside the pleadings, a motion to dismiss pursuant to Rule 12(b)(6) shall be treated as a motion for summary judgment. Fed. R. Civ. P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995).

The Court finds that it is appropriate to consider matters outside of the pleading in resolving Defendants' motion. Accordingly, notice is hereby given that Defendants' Motion to Dismiss and Supporting Brief shall be treated by the Court as a Motion for Summary Judgment. Any party who wishes to submit additional materials for the Court to consider in connection with the Motion for Summary Judgment may do so by Friday, August 26, 2005. Accordingly, it is

ORDERED that Defendants Jerry Brenner, Sean Brenner, and Dennis Ridder's Motion to Dismiss Plaintiffs' Eighth and Ninth Claims for Relief, filed August 11, 2005, is converted to a Motion for Summary Judgment. It is

FURTHER ORDERED that if counsel for any party wishes to submit additional material to be considered in connection with the Motion for Summary Judgment, they shall do so by **Friday, August 26, 2005**.

Dated:  August 17, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

2