IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00325-WYD-PAC

GAILEN MINNE,
BRENDA MINNE; and
TRAVIS MINNE,

      Plaintiff(s),

v.

BARRY HINKHOUSE,
KEVIN PENNY,
DEBRA DANIEL,
NOEL WINFREY,
JERRY BRENNER,
RICK DAVIS,
JERRY MCARTHUR,
GARY MULCH,
GREG PENNY,
SEAN BRENNER,
STAN EHRLICH,
DENNIS RIDDER,
JOHN VAVRA,
LARRY VAVRA,
RANDY MILBURN,
CARL MULLIS,
WILL SPARKS, and
CITY OF BURLINGTON, COLORADO,

      Defendant(s).

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
November 2, 2005

     THE COURT, having reviewed Defendants Barry Hinkhouse, Jerry Brenner, Sean Brenner and Rick Davis's October 31, 2005 Unopposed Motion to Vacate Settlement Conference Doc. # 107 and being fully advised in the premises;

HEREBY **ORDERS** that, good cause having been found, said motion is **granted**. It is further

**ORDERED** that the **settlement conference** scheduled for November 9, 2005, is vacated and reset to **January 10, 2006 at 10:30 a.m.** Parties, counsel and client representatives with full settlement authority must be present. Updated confidential statements are due five days before the conference.