IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
NOEL WINFREY;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GARY MULCH;
GREG PENNY;
SEAN BRENNER;
STAN EHRLICH;
DENNIS RIDDER;
JOHN VAVRA;
LARRY VAVRA;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

**ORDER**
_____

The parties have filed a Stipulation to Dismiss Parties, Without Prejudice, on November 7, 2005, requesting dismissal without prejudice of Defendants Dennis Ridder, Noel Winfrey, Stan Ehrlich, Gary Mulch, John Vavra, and Larry Vavra.  After a

careful review of the Stipulation and the file, the court concludes that the claims against these Defendants should be dismissed, without prejudice. Accordingly, it is

ORDERED that the claims and causes of action asserted against Defendants Dennis Ridder, Noel Winfrey, Stan Ehrlich, Gary Mulch, John Vavra, and Larry Vavra are dismissed without prejudice, each party to pay their own costs and attorney's fees.

Dated: November 8, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge