IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GREG PENNY;
SEAN BRENNER;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

## MINUTE ORDER
_____

    Plaintiffs Motion to Amend the Caption Due to Partial Case Dismissal, filed November 14, 2005, is **GRANTED IN PART AND DENIED IN PART**.  The Caption shall be amended to reflect the dismissal of Defendants Dennis Ridder, Noel Winfrey, Stan Ehrlich, Gary Mulch, John Vavra, and Larry Vavra per this Court's Order of November 8, 2005.  The parties' Stipulation to Dismiss Parties, Without Prejudice, filed November 7, 2005, did not stipulate to dismissal of Defendant Jerry Mcarthur.  As such, Defendant Jerry Mcarthur will not be removed from the case caption.

Dated:  November 14, 2005

                                                <u>s/ Michelle M. Merz</u>
                                                Law Clerk to
                                                Wiley Y. Daniel
                                                U. S. District Judge