IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00325-WYD-PAC

GAILEN MINNE,
BRENDA MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE,
KEVIN PENNY,
DEBRA DANIEL,
NOEL WINFREY,
JERRY BRENNER,
RICK DAVIS,
JERRY MCARTHUR,
GARY MULCH,
GREG PENNY,
SEAN BRENNER,
STAN EHRLICH,
DENNIS RIDDER,
JOHN VAVRA,
LARRY VAVRA,
RANDY MILBURN,
CARL MULLIS,
WILL SPARKS, and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion by BTA Defendants to Vacate and Reset Settlement Conference [filed February 1, 2006; Doc. No. 137] is **GRANTED** as follows:

The Settlement Conference set for February 13, 2006 is ***vacated and reset*** to **March 16, 2006 at 1:30 p.m.** Confidential Settlement Statements are due on or before **March 13, 2006.** ***Counsel and parties with full authority to settle must be present.***

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated: February 2, 2006