IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GREG PENNY;
SEAN BRENNER;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants Barry Hinkhouse's and Rick Davis's Motion for Joinder in Response to Plaintiffs' Motion for Stay Filed By Defendants Jerry Brenner, Sean Brenner and Dennis Ridder, filed October 12, 2005 **(docket #106)** is **GRANTED**.

    Dated:  February 23, 2006

                                       s/ Michelle M. Merz
                                       Law Clerk to
                                       Wiley Y. Daniel
                                       U. S. District Judge