IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GREG PENNY;
SEAN BRENNER;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants Barry Hinkhouse's and Rick Davis's Motion for Joinder in Defendants Jerry and Sean Brenners' Response to Plaintiffs' Motion to Reinstate Eight and Ninth Claims For Relief, filed March 24, 2006 (docket #160), is **GRANTED**.

    Dated:  March 24, 2006

                                          s/ Michelle M. Merz
                                          Law Clerk to
                                          Wiley Y. Daniel
                                          U. S. District Judge