IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GREG PENNY;
SEAN BRENNER;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants Kevin Penny, Debra Daniel, Jerry McArthur and Greg Penny's Motion for Joinder in Defendants' Jerry and Sean Brenners' Response to Plaintiffs' Motion to Reinstate Eight and Ninth Claims For Relief, AND Defendants' Motion for Joinder in Part in City Defendants' Response and Objection to Motion to Reinstate Plaintiffs' Eight and Ninth Claims, filed March 27, 2006 (docket #162), is **GRANTED**.

    Dated:  March 27, 2006

                                                s/ Michelle M. Merz
                                                Law Clerk to
                                                Wiley Y. Daniel
                                                U. S. District Judge