IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
NOEL WINFREY;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GARY MULCH;
GREG PENNY;
SEAN BRENNER;
STAN EHRLICH;
DENNIS RIDDER;
JOHN VAVRA;
LARRY VAVRA;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

**ORDER**
_____

    THIS MATTER is before the Court on Plaintiffs' Motion to Reinstate Plaintiffs' Eight and Ninth Claims, filed March 9, 2006.  By Order of February 24, 2006, this Court dismissed Plaintiffs' Eight and Ninth Claims for Relief without prejudice.  As previously

stated in the February 24, 2006, Order, Plaintiffs' Eight and Ninth claims are property of Plaintiffs' bankruptcy estate, and the only party with standing to prosecute those claims is the Bankruptcy Trustees on behalf of the estate. In the Motion to Reinstate, Plaintiffs affirm that the two Trustees assigned to the Plaintiffs' bankruptcy cases wish to assert the bankruptcy estate claims through Plaintiffs' counsel, who has been retained for that purpose. However, Plaintiffs still have not substituted the Bankruptcy Trustees as Plaintiffs in this case with respect to Plaintiffs' pre-petition claims. Therefore, it is hereby

ORDERED that Plaintiffs' Motion to Reinstate Plaintiffs' Eight and Ninth Claims, filed March 9, 2006, is **DENIED**.

Dated: March 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge