**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00325-WYD-PAC

GAILEN MINNE and
TRAVIS MINNE

      Plaintiffs,

v.

BARRY HINKHOUSE,
KEVIN PENNY,
DEBRA DANIEL,
JERRY BRENNER,
RICK DAVIS,
JERRY MCARTHUR,
GREG PENNY,
SEAN BRENNER,
RANDY MILBURN,
CARL MULLIS,
WILL SPARKS and
CITY OF BURLINGTON, COLORADO

      Defendants.

---

**ORDER RE:
STIPULATED MOTION TO AMEND SCHEDULING ORDER
AND REFERRING MOTION TO AMEND LENGTH OF TRIAL
BACK TO DISTRICT JUDGE**

---

Order entered by Patricia A. Coan, Magistrate Judge

      THE COURT, having reviewed the Stipulated Motion to Amend Scheduling Order and to Amend Length of Trial, Doc. # 168 and generally finding good cause for some extension of time and being fully advised in the premises;

      HEREBY ORDERS that the stipulated motion to amend the scheduling order, Doc # 168 is granted in part and denied in part and that new deadlines are set as follows:

            a.     Discovery cut-off: non-expert discovery, June 1, 2006.

b.  Plaintiffs shall designate their experts and provide defendants with all information specified in Fed.R.Civ.P. 26(a)(2) on or before June 15, 2006.

c.  Defendants shall designate their experts and provide plaintiffs with all information specified in Fed.R.Civ.P. 26(a)(2) on or before July 15, 2006.

d.  The parties shall designate all rebuttal experts and provide opposing counsel with any information specified in Fed.R.Civ.P. 26(a)(2) on or before August 1, 2006.

e.  Expert discovery cut-off:  August 15, 2006.  NO FURTHER EXTENSION.

f.  Dispositive motions deadline: August 22, 2006; responses due by September 11, 2006; replies by September 25, 2006. NO FURTHER EXTENSIONS.

g.  The final pretrial conference currently set for May 15, 2006 is vacated and reset to December 19, 2006 at 9:00 a.m. in Courtroom A-501. The proposed final pretrial order shall be submitted five business days before the rescheduled pretrial conference.

**The stipulated motion to extend the length of the trial, Doc. # 168, is REFERRED BACK to the District Judge because the undersigned does not have authority to change the length or date of the trial.**

DATED this 5th day of April, 2006.

BY THE COURT:

s/Patricia A. Coan
Patricia A. Coan
United States District Court Magistrate Judge

2