IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GREG PENNY;
SEAN BRENNER;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

**ORDER**
_____

THIS MATTER is before the Court on the Stipulated Motion for Dismissal Without Prejudice, filed May 10, 2006.  In the motion, Plaintiffs indicate that they have resolved all issues between them and Defendant Greg Penny, and request that the claims against Defendant Greg Penny in this matter be dismissed without prejudice.  In consideration of the motion and the file in this matter, I find that motion should be and hereby is **GRANTED**.  It is therefore

ORDERED that the claims and causes of action against Defendant Greg Penny in this case are **DISMISSED WITHOUT PREJUDICE**, each party to pay their own costs.

Dated: May 12, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge