IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
NOEL WINFREY;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GARY MULCH;
GREG PENNY;
SEAN BRENNER;
STAN EHRLICH;
DENNIS RIDDER;
JOHN VAVRA;
LARRY VAVRA;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

Defendant(s).

---

**ORDER DISMISSING PARTIES**

---

THIS MATTER is before the Court on the parties Stipulated Motion for Dismissal, With Prejudice, of Claims Against Randy Milburn, Carl Mullis, and Will Sparks, filed May 22, 2006 (docket #205). Upon review of the motion and the file in

this mater, it is hereby

ORDERED that the claims and causes of action asserted against Defendants Will Sparks, Randy Milburn and Carl Mullis are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: May 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge