IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GREG PENNY;
SEAN BRENNER;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

### ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

THIS MATTER is before the Court in connection with Plaintiffs' Counsel's Response to Order to Show Cause, filed July 6, 2006.  Upon review of the Response, I find that the Order to Show Cause, dated June 29, 2006, should be **DISCHARGED**.  It is

FURTHER ORDERED that  Plaintiffs shall file a status report with the Court within five (5) days of the Bankruptcy's Court's ruling on Trustee Harvey Sender's

Motion to Appoint and Compensate Stanley J. Walter as Special Counsel for the Estate, or other action that might impact Plaintiffs' standing in this case.

Dated: July 10, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge