IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GREG PENNY;
SEAN BRENNER;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Due to the dismissal of several Defendants in this case, the following motions are **DENIED AS MOOT**:

- Defendant Will Sparks' Motion for Summary Judgment on the Claims of Plaintiff Gailen Minne, or, in the Alternative, Motion to Dismiss, filed March 23, 2006 (docket #152);

- Defendant Will Sparks' Motion for Summary Judgment on the Claims of Plaintiff Travis Minne, or, in the Alternative, to Dismiss, filed March 23, 2006 (docket #154);

- Defendants Randy Millburn and Carl Mullis' Motion for Summary Judgment on Plaintiffs' Claims, or, in the Alternative, Motion to Dismiss, filed March 23, 2006 (docket #156);

- Defendants Kevin Penny, Greg Penny, Debra Daniel and Jerry McArthur's Amended F.R.C.P. 56 Motion for Partial Summary Judgment, filed April 5, 2006 (docket #170);

Dated:  August 7, 2006