IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
NOEL WINFREY;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GARY MULCH;
GREG PENNY;
SEAN BRENNER;
STAN EHRLICH;
DENNIS RIDDER;
JOHN VAVRA;
LARRY VAVRA;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

**ORDER DISMISSING PARTY**
_____

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Sean Brenner, filed September 1, 2006 (docket #238).  Upon review of the motion and the file in this matter, it is hereby

ORDERED that the claims and causes of action asserted against Defendant Sean Brenner are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated:  September 5, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge