IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

      Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
NOEL WINFREY;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GARY MULCH;
GREG PENNY;
SEAN BRENNER;
STAN EHRLICH;
DENNIS RIDDER;
JOHN VAVRA;
LARRY VAVRA;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

      Defendant(s).

_____

**ORDER**
_____

THIS MATTER is before the Court on the Status Report filed by Defendant City

of Burlington on September 1, 2006 (docket #239).  Upon review of the status report, it

is hereby

ORDERED that the Court will reserve ruling on Defendant City of Burlington's

Motion for Summary Judgment on Plaintiffs' Claims, filed March 23, 2006 (docket #158)

until October 1, 2006.  It is

FURTHER ORDERED that Plaintiffs' Unopposed Motion to Stay Proceedings

Pending Determination of Representation by Bankruptcy Court, filed May 22, 2006

(docket #209) is **DENIED**.  It is

FURTHER ORDERED that Defendant Rick Davis' F.R.C.P. 56 Motion for Partial

Summary Judgment, filed March 31, 2006 (docket #167) is **DENIED AS MOOT**.  It is

FURTHER ORDERED that the BTA Defendants' Motion to Require Plaintiffs to

Post Cost Bond, filed May 5, 2006 (docket #183) is **DENIED AS MOOT**.

Dated:  September 5, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge