IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
NOEL WINFREY;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GARY MULCH;
GREG PENNY;
SEAN BRENNER;
STAN EHRLICH;
DENNIS RIDDER;
JOHN VAVRA;
LARRY VAVRA;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

**ORDER**
_____

    THIS MATTER is before the Court on Plaintiffs' Unopposed Motion for Leave to

Add Trustees as Plaintiffs, filed November 6, 2006 (docket #264).  In the Motion,

Plaintiffs request that Harvey Sender, Trustee for the Bankruptcy Estate of Plaintiff

Gailen Minne, and Joseph Rosania, Trustee for the Bankruptcy Estate of Plaintiff Travis Minne, be added as party Plaintiffs in this case, pursuant to Fed. R. Civ. P. 21. Plaintiffs' Counsel states that he has been appointed Special Counsel to represent the Trustees interests in the above-captioned action.  Upon consideration of the motion and the file in this matter, I find that adding the Trustees as Plaintiffs will serve the interests of justice.  Therefore, it is hereby

ORDERED that the Unopposed Motion for Leave to Add Trustees as Plaintiffs, filed November 6, 2006 (docket #264) is **GRANTED**.  It is

FURTHER ORDERED that Trustees Harvey Sender and Joseph Rosania shall be added as party Plaintiffs in the above-captioned case.

Dated:  November 14, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge