IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE,
TRAVIS MINNE,
HARVEY SENDER, and
JOSEPH ROSANIA,

       Plaintiff(s),

v.

BARRY HINKHOUSE,
JERRY BRENNER, and
RICK DAVIS,

       Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Defendants' Unopposed Joint Motion for Leave to Depose Trustees, filed November 16, 2006, is **GRANTED** as follows.

     Defendants may depose Mr. Sender and Mr. Rosania **on or before December 15, 2006.**

Dated:  November 20, 2006