IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE; *et al.*

    Defendant(s).

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion to Stay Proceedings, filed November 28, 2006 (docket #273) is **GRANTED**.

    The Final Trial Conference set for **Monday, December 18, 2006**, and the Jury Trial set to commence **Monday, January 8, 2006**, are **VACATED.**

    Plaintiffs shall file a status report on or before **Wednesday, January 31, 2007.**

    Dated:  November 28, 2006