IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GREG PENNY;
SEAN BRENNER;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiffs' Counsel's Response to Order to Show Cause ("Response") and Supplemental Status Report, filed February 13, 2007. Upon consideration of Response and Supplemental Status Report, it is hereby

ORDERED that the hearing on the Order to Show Cause scheduled for **Wednesday, February 21, 2007, at 3:13 p.m.** is **VACATED**.  It is

FURTHER ORDERED that the Order to Show Cause dated February 1, 2007

(docket #277) is **DISCHARGED**.  It is

FURTHER ORDERED that Plaintiffs shall file a Status Report on or before **Friday, March 9, 2007**.

Dated:  February 13, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge