IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
JERRY BRENNER;
RICK DAVIS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

## ORDER DISMISSING PARTIES
_____

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice, filed March 6, 2007 (docket #283).  Upon review of the Stipulation and the file in this matter, it is hereby

ORDERED that the claims and causes of action asserted against Defendants Barry Hinkhouse, Jerry Brenner and Rick Davis are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated:  March 12, 2007

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge