IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
KEVIN PENNY;
DEBRA DANIEL;
JERRY BRENNER;
RICK DAVIS;
JERRY MCARTHUR;
GREG PENNY;
SEAN BRENNER;
RANDY MILBURN;
CARL MULLIS;
WILL SPARKS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Based on Plaintiffs' counsel's representations regarding the status of settlement, Defendant City of Burlington's Motion for Summary Judgment, filed March 23, 2006 (docket #158) is **DISMISSED WITHOUT PREJUDICE**.  In addition, Plaintiffs' Motion for Substitution of Parties Regarding Plaintiffs' Eight and Ninth Claims, filed May 3, 2006 (docket #177) is **DISMISSED WITHOUT PREJUDICE**.

    Dated:  March 30, 2007