IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00325-WYD-PAC

GAILEN MINNE; and
TRAVIS MINNE,

    Plaintiff(s),

v.

BARRY HINKHOUSE;
JERRY BRENNER;
RICK DAVIS; and
CITY OF BURLINGTON, COLORADO,

    Defendant(s).

_____

**ORDER DISMISSING PARTY**
_____

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice of All Claims Against the City of Burlington, Colorado, filed April 6, 2007 (docket #293).  Upon review of the Stipulation and the file in this matter, it is hereby

ORDERED that the claims and causes of action asserted against the City of Burlington, Colorado are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.  It is

FURTHER ORDERED that this case is now closed.

Dated:  April 10, 2007

                                        BY THE COURT:
                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge